IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESÚS GONZÁLEZ-VEGA,<br><br>　　　　Plaintiff<br><br>　　　　　v.<br><br>MVM, INC.,<br><br>　　　　Defendant | **UNDER SEAL**<br><br>CIVIL NO. 08-2066 (JP) |

**FINAL JUDGMENT**

　　The parties hereto have informed the Court in two separate informative motions (**Nos. 23, 25**) that they have reached a confidential settlement in this matter.  Pursuant thereto, the Court **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF Ten Thousand Dollars ($10,000.00).**  The Court hereby incorporates the terms of the parties' settlement agreement into this Judgment, including the apportionment of the funds as follows: **Six Thousand Seven Hundred Dollars ($6,700.00)** shall be payable to Plaintiff; and **Three Thousand Three Hundred Dollars ($3,300.00)** shall be payable to Plaintiff's attorney as attorney's fees.

　　The parties agree that **One Thousand Five Hundred ($1,500.00)** of the **Six Thousand Seven Hundred ($6,700.00)** payable to Plaintiff shall constitute consideration for Plaintiff's release of any wage and hour claim against Defendant MVM, and for Plaintiff's withdrawal of his request to opt-in or join the action Peña v. MVM, Civil

Case 3:08-cv-02066-JP   Document 26   Filed 04/09/09   Page 2 of 2

CIVIL NO. 08-2066 (JP)              -2-

No. 07-2000 (ADC).  The Court further provides, as stipulated by the parties, that this Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of separate costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of April, 2009.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE